UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHN C. VAN VOORHIS,**

        Plaintiff,              Case No: _____

vs.

**HILLSBOROUGH COUNTY,** a
Political Subdivision of the State
of Florida,

        Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW the Defendant, Hillsborough County, a Political Subdivision of the State of Florida, (hereinafter "Defendant"), and files this its Notice of Removal of this action from the Circuit Court in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida. As grounds therefore, Defendant states as follows:

1. This action was commenced by the filing of Plaintiff's cause of action on or about July 7, 2004, in the Circuit Court in and for Hillsborough County, Florida This case was docketed as Civil Action No. 04-04346; Division: K. The case stated by the initial pleading was not removable because its sole claim was based upon the Florida Civil Rights Act.

2. On May 31, 2006, Plaintiff served upon Defendant through their counsel a copy of a proposed Amended Complaint (copy attached as **Exhibit 1**) that would include a new count a claim brought pursuant to Title VII, the Civil Rights Act of 1991, 42 U.S.C. § 2000e, et.seq. Then on June 13, 2006 Plaintiff served upon Defendant through their counsel a copy of a proposed Second Amended Complaint (copy attached as **Exhibit 2**) that would include the Title

VII claim and a claim brought under the Age Discrimination in Employment Act, 29 U.S.C. § 626.

3. This Notice of Removal is timely presented pursuant to 28 U.S.C. § 1446(b), which states in part:

> "If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading…from which it may first be ascertained that the case is one which is or has become removable…"

28 U.S.C. §1446(b). Since the "amended pleading" was served upon Defendant through undersigned counsel on May 31, 2006, this removal is timely.

4. Under the provisions of 28 U.S.C. §1441(b) and §1443, Defendant is entitled to remove this action from the Circuit Court in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, because both Plaintiff's proposed Amended Complaint and Plaintiff's proposed Second Amended Complaint contain civil rights claims that are brought pursuant to federal statutes. Further, pursuant to Local Rule 4.02, the removed suit is to be docketed in the Tampa Division.

5. By reason of the above facts, Defendant requests that this action be removed from the Circuit Court in and for Hillsborough County, Florida, to the Untied States District Court for the Middle District of Florida, contingent upon payment by Defendant of all costs and disbursements incurred by reason of these removal proceedings should it be determined that this action was improperly removed.

6. In accordance with 28 U.S.C. § 1446(d), after the filing of this Notice of Removal, Defendant shall promptly give written Notice of the instant Notice of Removal to Plaintiff and shall file a copy of the instant Notice of Removal with the Clerk of the Circuit Court

in and for Hillsborough County, Florida. Copies of the Notice of Removal to Plaintiff and the Notice of Filing Notice of Removal are attached hereto as **Exhibits 3 and 4**.

7. In conformity with the requirements of Local Rule 4.02(b), Defendant has attached hereto for filing with the Clerk of this Court, a true and legible copy of all process, pleadings, orders and other papers or exhibits of every kind, including depositions, which are currently on file in the state court.

**WHEREFORE**, Defendant requests that the above-captioned suit, which is pending in the Circuit Court in and for Hillsborough County, Florida, Case #: 04-04346; Division: K, be removed to this Court, that this Court accept jurisdiction of this action, and that this action be placed upon the docket of this Court for further proceedings as though this action had originally been instituted in this Court.

Respectfully submitted,

Office of the County Attorney
County Center
601 E. Kennedy Boulevard, 27th Floor
P.O. Box 1110
Tampa, Florida 33601
(813) 272-5670
Attorney for Defendant

By: _____
Stephen M. Todd, Esquire
Sr. Assistant County Attorney
FBN: 0886203

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to **William M. Powell, Esquire,** Powell & Steinberg, P.A., Waterside Plaza, 3515 Del Prado Blvd., Suite 101, Cape Coral, FL 33904, by U.S. Mail this 23 day of June, 2006.

_____
Stephen M. Todd, Esquire