# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOHN C. VAN VOORHIS,**

      **Plaintiff,**

**v.**                                                 **Case No. 8:06-cv-1171-T-TBM**

**HILLSBOROUGH BOARD**
**OF COUNTY COMMISSIONERS**

      **Defendants.**

_____ /

## VERDICT FORM

WE THE JURY find from a preponderance of the evidence:

1.     That Defendant has proven that its rejection of Plaintiff's application during the first recruitment period was based on a nondiscriminatory reason regardless of Plaintiff's age?

      Answer Yes or No          _____No_____

*(If you answered "Yes," your verdict is for the Defendant and you need not answer any further questions.  Your foreperson should sign and date the verdict form.  If you answered "No," your verdict is for the Plaintiff and you should answer the remaining questions.)*

2.     That the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

      Answer Yes or No          _____~~no~~ Yes_____

      If your answer is Yes,
      in what amount?          $__36,000 00__

3.     That the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits in the future, reduced to present value?

Answer Yes or No          No

If your answer is Yes,
in what amount?           $_____

4.    That the Defendant "willfully" violated the law (as that term is defined in the Court's instructions)?

Answer Yes or No          No

SO SAY WE ALL.

_____
Foreperson

_5-14-08_____
(Date)

2